# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| HOLLIS ANN WHITSON, as guardian ad litem for PEATINNA BIGGS,<br><br>　Appellant/Petitioner<br><br>v.<br><br>THOMAS HANNA, et al.<br><br>　Appellees/Respondents | Case No. 23-1084 |

On Appeal from the United States District Court for the District of Colorado
The Honorable Daniel D. Domenico
District Court No. 18-cv-2076-DDD-SKC

---

### APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF

---

Defendants/Appellees, **SEDGWICK COUNTY SHERIFF'S OFFICE** and **THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SEDGWICK**, by their attorneys, **SGR, LLC**, and pursuant to 10th Cir. R. 27.6, hereby submit this Unopposed Motion for Extension of Time to file their Answer Brief.

**IN SUPPORT THEREOF**, Defendants/Appellees state as follows:

1.　Undersigned counsel certify they have conferred with Appellant's

attorneys regarding the relief requested herein, pursuant to 10th Cir. R. 27.6(C)(2). Appellant is unopposed.

2.  After receiving an extension of time, Appellant filed her Opening Brief on July 17, 2023, making the Answer Brief due on or before August 16, 2023.

3.  Undersigned counsel for Appellees have been and will continue to be involved in numerous depositions (and deposition-related matters) in another federal case through the latter portion of August (*Shriver v. Owen* 22-cv-106-CNS-SKC), and will then be involved in a court-mandated mediation in a complex (state) law enforcement case at the end of the month (*Carter v. Whigham* 2023-cv-30000).

4.  Undersigned counsel are diligently working on the Answer Brief. However, given converging deadlines in other matters, Appellees will need an additional 21 days to fully respond to the arguments presented in the Opening Brief and to adequately address the complex issue of *Monell* liability as to their clients.

5.  Therefore, Defendants/Appellees respectfully request a 21-day extension of time, up to and including September 6, 2023, to file their Answer Brief.

6. Neither the parties nor the Court will be prejudiced by this extension, and this request is not made for the purpose of undue delay. Appellees have made no prior requests to extend this deadline.

**WHEREFORE**, Appellees respectfully request that the Court grant this Unopposed Motion for Extension of Time, allowing them up to and including September 6, 2023, to submit their Answer Brief.

Respectfully submitted this 9th day of August, 2023.

*s/ Eric M. Ziporin*
**Eric M. Ziporin**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
eziporin@sgrllc.com

*s/ Jonathan N. Eddy*
**Jonathan N. Eddy**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
jeddy@sgrllc.com
*Attorneys for the Entity Appellees*

# CERTIFICATE OF SERVICE

  I hereby certify that a copy of **APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF** was filed with the Court and served on the following on this 9th day of August, 2023, via the Tenth Circuit Court of Appeals E-Filing System (*See* Fed.R.App.P. 25(b)).

David Fisher
Jane Fisher-Byrialsen
Fisher & Byrialsen, PLLC
4600 South Syracuse Street, 9th Floor
Denver, Colorado 80237
*Attorneys for Plaintiff*

Ellen Noble
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
*Attorney for Plaintiff*

Matthew W. Buck
Red Law, LLC
445 Broadway, Suite 126
Denver, Colorado 80203
*Attorney for Defendant Thomas Hanna*

Jessica R. Amunson
1099 New York Avenue NW, Suite 900
Washington, DC 20002
*Amici Attorney for Rights Behind Bars, National Police Accountability Project, Southern Center for Human Rights, and MacArthur Justice Center*

            s/ Barbara A. Ortell
            Barbara A. Ortell, Legal Secretary

02206749.DOCX